IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY L. PAGE,

      Plaintiff,                            No. CIV S-08-2798 GGH P

    vs.

UNITED STATES MAGISTRATE,

      Defendant.                     <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a petition for writ of mandamus together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Use of the form assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2). Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

        The court also observes that in this action, plaintiff asks this court to compel Magistrate Judge Brennan to expedite his consideration of plaintiff's motion for injunctive relief

filed in CIV S-08-2231 EFB P.  The judges assigned to this case do not have the authority to grant the requested relief.  For that reason, this action will be dismissed following receipt of plaintiff's in forma pauperis application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: December 3, 2008

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

page2798.3d