IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY PAGE.

      Plaintiff,                              No. CIV S-08-2798 MCE GGH P

     vs.

UNITED STATES MAGISTRATE, et al.,    <u>ORDER AND</u>

      Defendants.                   <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff, a civil detainee proceeding pro se, has filed a Petition for Writ of Mandamus and an application to proceed in forma pauperis.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        In this action, plaintiff seeks an order directing Magistrate Judge Brennan to "expedite consideration" of plaintiff's application for injunctive relief in CIV S-08-2231. On November 25, 2008, CIV S-08-2231 was reassigned to Judge Stotler for all further proceedings.

        The court does not have the authority to order another federal judge to expedite consideration of an action pending before him or her. For this reason, this action is dismissed. A request for "expedited consideration" should be filed in the action in which the at-issue motion is pending.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's application to proceed in
2  forma pauperis is granted;

3  IT IS HEREBY RECOMMENDED that this action be dismissed.

4  These findings and recommendations are submitted to the United States District
5  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
6  days after being served with these findings and recommendations, plaintiff may file written
7  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
10 F.2d 1153 (9th Cir. 1991).

11 DATED:   December 30, 2008

                                            /s/ Gregory G. Hollows
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

15 pa2798.dis