1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAMMY PAGE,                          No. 2:08-cv-02798-MCE-GGH P

12           Plaintiff,

13        vs.                             ORDER

14   UNITED STATES MAGISTRATE, et al.,

15           Defendants.

16   _____/

17        Plaintiff, a state prisoner proceeding pro se, has filed a petition for writ of mandamus.

18   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

19   § 636(b)(1)(B) and Local General Order No. 262.

20        On December 30, 2008, the magistrate judge filed findings and recommendations herein

21   which were served on plaintiff and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections

23   to the findings and recommendations.

24   ///

25   ///

26   ///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

2   this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

3   the court finds the findings and recommendations to be supported by the record and by proper

4   analysis.[1]

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations filed December 30, 2008, are adopted in full;

7    2.  This action is dismissed.

8   Dated:  January 26, 2009

9

10   MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22    [1]  In this action, plaintiff sought an order directing Magistrate Judge Brennan to "expedite
    consideration" of plaintiff's application for injunctive relief in CIV S-08-2231.  Magistrate Judge
23   Hollows recommended that this action be dismissed because the court does not have the
    authority to order another federal judge to expedite consideration of an action before him or her.
24   Plaintiff filed objections to the findings and recommendations as well as an amended complaint
    and a motion for a temporary restraining order.  The amended complaint and motion for
25   injunctive relief raise the same substantive claims as plaintiff is proceeding on in CIV S-08-2231.
    Accordingly, the court will not consider the amended complaint and motion for injunctive relief
26   filed in this action.